# EXHIBIT 1



INVEST IN THE FUTURE'S, FUTURE

# TABLE OF CONTENTS

- INTRODUCTION

- ABOUT US

- LEGACY PLANNING OVERVIEW

- MEET THE TEAM

- INVESTMENT STRATEGY

- FUND SUMMARY

- DEAL CRITERIA

- VENTURE STUDIO

- SUMMARY

# THE FUTURE IS COMING

A significant **wealth transfer** is on the horizon as part of **legacy** planning. As the baby boomer generation ages, a substantial amount of assets and resources are expected to be passed down to younger generations. This phenomenon presents both opportunities and challenges, requiring careful consideration in estate and financial planning. This is not the first time such a transfer takes place, but the **largest in human history**.

Today's wealth holders are **empowered** and enabled with multiple sources to aid their **successors** in growing their legacy.

# LEGACY PLANNING OVERVIEW

## $84.4 TRILLION

Is expected to transfer **to the next generation** in the next decades. **Most families do not have a formal financial preparedness strategy for their offspring**

## $180 BILLION

Baby boomers are not only transferring financial assets but **also family legacies, values,** and personal stories to younger generations.

## ZERO

At present, there are no financial products or institutions specifically crafted to support the structured transfer of **knowledge** from one generation to another, employing a strategy that combines learning with real-world execution—except for **Project Primus**.

INVEST IN THE FUTURE'S, FUTURE

**Forbes**

"The great wealth transfer is expected to make Millennials the richest generation in American history."



"Financial literacy is a huge part of this wealth transfer."

**The New York Times**

"Of the $84 trillion projected to be passed down from older Americans to millennial and Gen X heirs through 2045, $16 trillion will be transferred in the next decade."

**WSJ**

"You're seeing it in parents helping children buy houses. You're seeing it where money is going to philanthropy, and you're seeing it in new business formation."

INVEST IN THE FUTURE'S, FUTURE

# WHO WE ARE

- **Project Primus** was founded when families seeking to preserve their **legacies** recognized the need for a solution to **mentor** the next generation of stewards in an ever-evolving and challenging world.

- This unique approach goes beyond what traditional schools or employment opportunities can provide, offering a hands-on learning that is not readily available elsewhere.



Project Primus

# MEET THE TEAM



## Rami Shubbak

*Partner/co-founder*

**Rami Shubbak**
- 20 Years of strategy, transformation and investment experience.
- 15 years of executive coaching and mentoring experience with early, mid and senior career individuals
- Strong global network of high-net-worth individuals and family offices.
- Developed personalized science program for easy transformation





## Moaz Hamid

*Partner*

**Moaz Hamid**
- 10 years of experience working with Google, Microsoft, and Softbank on strategy and market development.
- Mentored over 1,000 entrepreneurs across various industries.
- Advisor to unicorns such as Snapchat and founder of mentorship programs.





## Ezzedeen Soleiman

*Partner/co-founder*

**Ezzedeen Soleiman**
- 6 years of working with Ultra High Net Worth Individuals and Pension Associate Director at Societe Generale.
- Strong network of family offices and working with investors in the USA and EU. 4 years of fundraising experience in the EU.
- 10 years of experience in the financial sector.





# INVESTMENT STRATEGY
WE ARE A SEED STAGE FUND

## YEAR 1-5 | INITIAL INVESTMENTS

- Venture Studio used as introduction to the world of business and investing.

- Deal sourcing with accelerators / VCs;
- Build relationships with entrepreneurs early on, apply experience to investors learning.
- High quality due diligence of financial model and references.

## YEAR 2 – 7 | ACTIVE MANAGEMENT

- Obtain board seats;
- Help companies receive mentorship from industry experts and molding the course.
- Build co-investment syndicates;
- Support impact reporting, IP strategy and milestones.

## YEAR 4 – 10 | EXIT

- Proactively engage with potential acquirors;
- Introduction to M&A and IPO candidates

# FUND SUMMARY
**We are an industry agnostic fund focusing on companies of the future.**

## Fund Timeline

*$ In USD*

**December 1, 2023:** First close/Fund launch

**February 2024** First and second fund investments

**January 2024:** Venture Studio

**December 2024:** **Final close at $100M**

## Investors Sourcing

**Family Office Network**

**Tiger 21**

**Professional Network**

## Investment Strategy

*$ In USD*

| | |
|---|---|
| **Stage** | • Seed to Series A stage focus |
| **Fund profile** | • 20 Investments<br>• Fund life: **5 years** |
| **Investment split** | • 40% Initial investments<br>• 60% Follow-on investments |
| **Investment profile** | • Lead or co-lead<br>• **10 – 20% ownership**<br>• Initial investments of **$1.5M - $2M**<br>• Investment period: **4 years** |
| **Target returns** | • Expected fund return: **3.5x MOIC** |
| **Geography** | **80% USA**<br>**20% Global** |

*We aim to deliver outsized financial returns by fulfilling an unmet need in the legacy planning space.*



# FUND STRUCTURE

**$100M = 5 X $20M** *FRIENDS AND FAMILY STRUCTURE*



**FUND I**
$20M
20 x learners
5 x Venture Studios

**FUND II**

**FUND III**

**FUND IV**

**FUND V**

VENTURE STUDIO 1 → VENTURE STUDIO 2 → VENTURE STUDIO 3 → VENTURE STUDIO 4 → VENTURE STUDIO 5

**+** Senior Investment Observer

# DEAL CRITERIA

**We invest in companies that meet the following criteria:**

**1 Involvement**
- A core product offering that when used at scale, will have a material impact and strong .

**5 Technology**
- Disruptive/breakthrough technology that is patented and protected.

**2 Business Model**
- Scalable model, realistic assumptions, KPIs and milestones with 18-24 months of cash runway.
- Healthy gross margins and low capex.

**6 Market**
- +$500M TAM.
- Favorable regulatory dynamics.
- Established go to market strategy and targeted customer base.

**3 Team**
- High-caliber management team with technical industry knowledge.
- Diversity and equity policies.

**7 Competition**
- Unique and differentiated offering compared to competition.
- Strong knowledge of the competitive landscape.

**4 Product & Service**
- Technology oriented products with a strong value proposition to clients.
- Demonstrated proof of concept or pilot project with customer traction.

**8 Exit**
- Targeted exit strategy (IPO, strategic or financial).

# VENTURE STUDIO

**Every investor at P2 goes through a thorough learning process before contributing to the investment process:**



Venture Studio Structure

**Learning**

## Learn

**Lab**

## Practice

**Founders**

## Grow

(5) Learners Board members **+** (1) Senior Investment Observer

**Shark Tank** style where 6 people listen to monthly pitches over a weekend

# SUMMARY

**Objective**: Build the leaders of the future through hands on experience investing in technologies that will change the world.

**Learning**: Facilitate the knowledge transfer required for the future generation to excel using the VS as a learning and practice space.

**Focus**: Implement sound investment skills and top tier business acumen in the future leaders.

Invest in technology, businesses and impactful companies with demonstrated abilities to grow and succeed.

**Impact**: Join us to secure your legacy and create the leaders of the future.

