# EXHIBIT 4

NOV 2023

# A Learning-first
# Legacy Studio



PROJECT PRIMUS

NOV 2023

# Table of Contents



Opportunity
Waste
Problem
Solution
Framework
Product
ROI Strategy
Team
Market Size
Competition
Milestones
Projections
Why Now
Ask

PROJECT PRIMUS

Opportunity

# We're in the midst of an $85T wealth transfer.

### The Largest Intergenerational Wealth Transfer In Human History



And children of the Top 1% households will inherit $15.4T by 2030, while their parents worry about succession.

Source: Wealth-X, 2019



Top 0.01%
$100m+
20,880 individuals

Top 0.1–0.99%
$30m – $100m
79,050 individuals

Top 1%
$5m – $30m
981,710 individuals

Top 1–10%

Bottom 90%

Average Income Per Family, Distributed by Income Group



Ultra HNV

Very HNV

High Net Worth Individuals (HNV)

PROJECT PRIMUS

Waste



# The majority of these beneficiaries won't know how to sustain their windfall.

"Shirtsleeves to Shirtsleeves"

● In three generations, they will either spend it, donate it, or make poor investments and drain wealth.



This exact phenomenon is what threatens the continuation of family legacies from generation (G1→G2) to generation (G2→G3).

Source: Nasdaq, 2019



Wealth built by
**G1**

70% is lost by
**G2**

90% is lost by
**G3**

PROJECT PRIMUS

**Problem**



# Clearly, inheriting ultra-wealth does not inherently come with leadership skills.

**Top Reasons for Generational Wealth Losses**

● Ultimately, these children are sheltered and removed from the blood, sweat, and tears it has taken to generate such wealth.



40%

5%

10%

5%

40%



- Unprepared for Financial Responsibility
- Unprepared for Operational Roles
- No Family Mission
- Bad Startup Investments
- Other Lack of Abilities

PROJECT PRIMUS                Solution                                                                        

# This is a legacy problem we plan to fix with a Legacy Studio.

For The Top 0.1%        ● Imagine the impact we can make with this ultra-wealth transfer.



**Project Primus is a Learning Program** that exposes these beneficiaries to the real-world blood, sweat, and tears of startup investments so they can build the business acumen and investor mindset needed for their succession.



**Our Philosophy for Legacy Planning** centers on the belief that achieving leadership requires a significant personal investment, including the development of new thought processes and the acquisition of essential board member skills to make important decisions that profoundly impact the family's legacy, and the world.

**Project Primus** is committed to actively cultivating attributes that inspire these children to live happy and productive lives.

PROJECT PRIMUS  **Framework** 

# A Learning-first Legacy Studio

**How it Operates**  ● Our unique approach goes beyond what traditional MBA programs or employment opportunities can provide.

## Curriculum Design for Active Learning

**Cohort**

**Members Join a Cohort**
- Cohort with X members (i.e. beneficiaries) at a time
- Weekly virtual workshops, masterclasses, and customized one-on-one coaching
- Quarterly in-person residencies for 7 days

**Lab**

**Members Learn in the Lab**
- Lab exists for simulating real-world scenarios
- Member learns how to think and act on a board
- Member learns how to think entrepreneurially
- Member observes deal flow and practices diligence

**Studio**

**Members Practice In-Studio**
- After essential education and training is complete, members begin to assess new investments they want to make using a $1M gift from their parents
- Our in-house Project Primus board actively mentors' members through due diligence

## Transformational Program



01. Rebirth  02. Learn  03. Practice

PROJECT PRIMUS    Product    

# Education to ignite entrepreneurial spirits.

**A Unique Process**   ● We harness and release the power of this socioeconomic class, so they can rise from the ashes of their predecessors.

## 2-Year Transformational Process for Members ⌄

### Y1 – LEARNING LAB | Y2 – LEGACY STUDIO

**PHASE 01.**
**Transform Mindset**

Members undergo self-discovery and entrepreneurial awakening to identify their purpose in carrying on a legacy.

**(3 months)**

**PHASE 02.**
**Cultivate Skills**

Next, we teach entrepreneurial skills and cultivate the investor mindset to raise future board members and good stewards.

**(6 months)**

**PHASE 03.**
**Nurture Skills**

Then, members start their Capstone Project and become advisors to the board on investment decisions.

**(3 months)**

**PHASE 04.**
**Capstone Project**

Members enter studio-level practice where they observe monthly pitches from real startups (similar to Angel Group Meetings) and participate in supervised deal making.

**(12 months)**

         



**REBIRTH**    **LEARN ABOUT VENTURE DEALS**    **PRACTICE DEAL MAKING**

**( +3 additional years of mentorship)**

PROJECT PRIMUS   **ROI Strategy**   

# The ROI that comes with a Legacy Studio.

**Long-Term Growth**

● With Legacy Planning comes personal transformation, professional growth, and smart investments.



### Investment Strategy
*$ In USD*

**Stage**
- Seed to Series A stage focus

**Size**
- 20 Investments
- Average Check Size $X

**Investment split**
- **40%** Initial investments
- **60%** Follow-on investments

**Investment profile**
- Lead or co-lead
- **10 – 20%** ownership
- Initial investments of **$1.5M - $2M**
- Investment period: **4 years**

**Target returns**
- Expected returns of **3.5x MOIC after X Years**

**Geography**
- 80% USA
- 20% Global

Beyond personal transformations, we aim to deliver outsized financial returns by fulfilling an unmet need in the wealth management space.

PROJECT PRIMUS     Team    

# Join our team.

> We exist to ignite the entrepreneurial spirit within UHNW beneficiaries, so they feel motivated to strive for success.



**Rami Shubbak**
Co-founder



**Ezzedeen Soleiman**
Co-founder

**Lorem Ipsum**
Board Member

- Strong global network of ultra high-net-worth individuals and family offices
- Developed personalized science program for igniting deep personal transformations
- 20 Years of VC/PE strategy, transformation and investing
- 15 years of executive coaching and mentoring experience with early, mid, and senior-level executives

- Strong network of family offices and working with investors in the USA and EU
- 6 years of working with ultra high net worth families
- Pension Associate Director at Societe Generale
- 4 years of fundraising experience in the EU
- 10 years of experience in the financial sector
- Previous experience corporate investment banking

  
 

 
 



**Lorem Ipsum**
Board Member



**Lorem Ipsum**
Board Member



PROJECT PRIMUS | Market Size

# A nuanced opportunity we already know how to navigate.

## With A Rolodex of UHNW Parents

- UHNW Parents within our network already trust us to navigate difficult conversations with their kids and inspire them to rise above their current abilities.



### Global wealth transfer to 2030

**Total**

- **548,440** — Number of individuals passing on wealth
- **$15,447** — Total wealth to be passed on ($bn)

**Wealth tier**

| | VHNW | UHNW | |
|---|---|---|---|
| | $5m–$30m | $30m–$100m | $100m+ |
| Number of Individuals passing on wealth | 479,560 | 50,400 | 18,480 |
| Wealth of these individuals ($bn) | $4,912 | $2,582 | $7,953 |
| Average wealth per such individual ($m) | $10.2 | $51.2 | $430.4 |

Source: Wealth-X, 2019

PROJECT PRIMUS    Competition 

# The alternatives leave zero impact.

**Incomparable ROI**  ● These are the only alternatives parents can turn to when it comes to protecting their legacy.



| | Direct Competitor | | | Indirect Competitor | |
|---|---|---|---|---|---|
| | Primus Project | MBA | Academia | Retreats | Lawyers | Estate Planners |
| Educational Program | ● | ● | ● | | | |
| 2-Year Commitment | ● | ● | | | | |
| Board Member Ready | ● | ◐ | | | | |
| Deal Flow Practice | ● | | | | | |
| Investor Mindset | ● | | | | | |
| Expensive | ◐ | ● | ● | ● | ◐ | ◐ |



PROJECT PRIMUS

Milestones

# Launching in 1-Month

- We're looking for the right angel investors and partners to join us in shaping this educational product.

**Validated interest from these channels:**

**Family Office Network**

**P2P Communities**
Social Clubs & Conferences

**Professional Network**



## 1-Year Timeline

**December 1, 2023**

Close Enrollment for Cohort 1

Tuition is $XXk per Student for 2-years

**January 2024**

Official launch of Legacy Studio

**December 2024**

**Formalize investment vehicles**

**February 2024**

Members make their first investments alongside Project Primus board.

PROJECT PRIMUS

Projections



# A Pay to Play Model

Profitable by Cohort 2 — ● Great financial returns by Cohort 3, 4, and 5.



**5-Year Projections**

Total Revenue In Millions | Total Legacy Investment In Millions

- 2024: $2.38 / $35
- 2025: $5.78 / $75
- 2026: $8.18 / $115
- 2027: $9.98 / $155
- 2027: $11.78 / $195



**Revenue Streams**

- Management Fees, 42%
- Membership Fees, 58%



**Key Assumptions**

- 15 Members in Cohort 1
- 35 Members by Year 1
- Each family separately invests $1M per learner into our Legacy Reserve
- Break-even by Y2
- Generate $10m by Y4

PROJECT PRIMUS 

## Why Now

# Wealth preservation continues to be important to parents, and these children have a different outlook.

### Generation X and Y Want Impact

> " These children are noticeably concerned about the impact of their wealth on the world, society and the environment, shown by the increasing interest in impact and responsible investment. "

Source: Wealth-X, 2019

This group of UHNW individuals are:



Global



Highly Digital



Seeking Meaning in Their Wealth

PROJECT PRIMUS

Ask



# Raising to get product-ready for Cohort 1.

## Investment Opportunity

● These funds will be used to develop and launch a high-quality, life-changing program and experience.



### $2M Angel Round

- Insert X Months of Runway
- Insert $XXX Total Invested by Founders



### Key Hires

- Key Hire 1
- Key Hire 2
- Key Hire 3
- Key Hire 4



**Use of Funds Breakdown**

- Technology, 5%
- Other, 4%
- Marketing, 4%
- Travel, 7%
- Legal Costs, 10%
- Office, 7%
- R&D for Ed, 9%
- HR, 54%

NOV 2023

# Thank You !

Co-founders

ez@projectprimus.com            rami@projectprimus.com

PROJECT PRIMUS