# EXHIBIT 6

| DATE | Payee | Total |
|---|---|---:|
| 09/05/2024 | Microsoft | 755.33 |
| 08/28/2024 | Sunoco | 57.92 |
| 08/28/2024 | Tate's Bake Shop | 9.24 |
| 08/28/2024 | Tropical Smoothie Café | 12.47 |
| 08/28/2024 | Virgin Hotel | 368.69 |
| 08/27/2024 | 900 8th Avenue - Parking | 46.00 |
| 08/27/2024 | Airbnb | 1,795.07 |
| 08/27/2024 | Page at 63 Main | 211.40 |
| 08/27/2024 | Sobeys | 27.64 |
| 08/26/2024 | Casa Lever | 309.28 |
| 08/26/2024 | Cucina Alba | 527.09 |
| 08/24/2024 | Loews Hotels | 470.61 |
| 08/23/2024 | Opal Financial Group | 1,886.16 |
| 08/23/2024 | Travel Guard Insurance | 31.74 |
| 08/23/2024 | Travel Guard Insurance | 96.76 |
| 08/15/2024 | Electric Lemon | 245.77 |
| 08/14/2024 | Electric Lemon | 214.38 |
| 08/13/2024 | HUDA Brooklyn NY | 414.04 |
| 08/13/2024 | Microsoft | 15.87 |
| 08/12/2024 | Bobby Vans Steakhouse | 162.18 |
| 08/12/2024 | Microsoft | 62.92 |
| 08/10/2024 | Hampton Inn | 350.74 |
| 08/09/2024 | Fig & Olive | 131.08 |
| 08/09/2024 | Inn at Fox Hollow | 18.46 |
| 08/09/2024 | The Leopard | 1,047.03 |
| 08/08/2024 | Estitatorio Milos | 347.73 |
| 08/08/2024 | Le Bilboquet | 300.00 |
| 08/08/2024 | Sonder | 791.88 |
| 08/08/2024 | United Airlines | 4.00 |
| 08/06/2024 | Travel Guard Insurance | 101.97 |
| 08/06/2024 | United Airlines | 1,269.52 |
| 08/05/2024 | Microsoft | 688.40 |
| 08/05/2024 | Sonder | 392.16 |
| 08/05/2024 | Sonder | 799.23 |
| 08/05/2024 | Travel Guard Insurance | 90.46 |
| 08/05/2024 | United Airlines | 1,247.68 |
| 07/22/2024 | Sheraton Chicago | 335.03 |
| 07/19/2024 | Le Meridien Central Park NY | 1,157.92 |
| 07/18/2024 | UPS | 15.87 |
| 07/17/2024 | Casa Lever | 242.51 |
| 07/16/2024 | Le Meridien Central Park NY | 2,147.32 |
| 07/12/2024 | Microsoft | 62.82 |
| 07/12/2024 | Microsoft | 15.83 |
| 07/06/2024 | Microsoft | 631.02 |
| 07/01/2024 | Ezzedeen Soleiman | 23,523.50 |
| 06/26/2024 | Cosme NYC | 28.36 |
| 06/21/2024 | Expedia | 856.96 |
| 06/19/2024 | Sushitomi | 65.98 |
| 06/16/2024 | Air Canada | 732.36 |

| Date | Description | Amount |
|---|---|---|
| 06/14/2024 | Cosme NYC | 2,783.70 |
| 06/12/2024 | Microsoft | 15.75 |
| 06/12/2024 | Microsoft | 62.48 |
| 06/11/2024 | Beatrix WAC Chicago | 204.56 |
| 06/11/2024 | Hotel EMC2 Autograph | 689.14 |
| 06/11/2024 | Hotel EMC2 Autograph | 689.14 |
| 06/11/2024 | Tablet | 99.00 |
| 06/10/2024 | Westin Hotels | 358.07 |
| 06/08/2024 | Westin Hotels | 545.83 |
| 06/08/2024 | Westin Hotels | 751.42 |
| 06/06/2024 | Westin Hotels | 57.38 |
| 06/06/2024 | Westin Hotels | 34.42 |
| 06/05/2024 | Microsoft | 609.32 |
| 06/03/2024 | Westin Hotels | 452.17 |
| 06/03/2024 | Westin Hotels | 452.17 |
| 06/03/2024 | Westin Hotels | 2,051.43 |
| 06/01/2024 | American Airlines | 7.50 |
| 06/01/2024 | American Airlines | 393.48 |
| 06/01/2024 | Delta | 451.45 |
| 06/01/2024 | Travelgo | 675.38 |
| 05/31/2024 | Delta | 180.00 |
| 05/31/2024 | Westin Hotels | 4,535.57 |
| 05/31/2024 | Westin Hotels | 3,519.70 |
| 05/29/2024 | United Airlines | 130.00 |
| 05/29/2024 | United Airlines | 130.00 |
| 05/29/2024 | United Airlines | 243.47 |
| 05/29/2024 | United Airlines | 243.47 |
| 05/22/2024 | United Airlines | 9.00 |
| 05/21/2024 | Casa Del Sol | 450.00 |
| 05/20/2024 | QRFY | 239.88 |
| 05/17/2024 | Loews Hotels | 494.30 |
| 05/17/2024 | United Airlines | 220.00 |
| 05/17/2024 | United Airlines | 198.00 |
| 05/17/2024 | United Airlines | 747.53 |
| 05/14/2024 | Beefbar | 2,500.00 |
| 05/14/2024 | Bey Bey | 3,246.12 |
| 05/14/2024 | Marlton Hotel | 12.00 |
| 05/13/2024 | Microsoft | 15.66 |
| 05/13/2024 | Microsoft | 62.12 |
| 05/11/2024 | 11 Howard | 18.11 |
| 05/10/2024 | Loews Hotels | 430.46 |
| 05/10/2024 | Loews Hotels | 562.70 |
| 05/09/2024 | 11 Howard | 953.47 |
| 05/08/2024 | American Airlines | 638.20 |
| 05/08/2024 | American Airlines | 72.14 |
| 05/08/2024 | Delta | 391.20 |
| 05/05/2024 | Microsoft | 520.00 |
| 05/04/2024 | Marlton Hotel | 11.98 |
| 05/03/2024 | Marlton Hotel | 2.00 |
| 05/03/2024 | Marlton Hotel | 18.52 |

| Date | Merchant | Amount |
|---|---|---:|
| 05/02/2024 | Le Bilboquet | 301.50 |
| 05/02/2024 | Loews Hotels | 79.50 |
| 05/02/2024 | Marlton Hotel | 11.98 |
| 05/02/2024 | Marlton Hotel | 831.37 |
| 05/02/2024 | Smith & Wollensky | 1,076.54 |
| 05/01/2024 | La Mercerie Café | 663.97 |
| 05/01/2024 | Marlton Hotel | 518.73 |
| 04/29/2024 | Hotel Hugo | 2,939.24 |
| 04/29/2024 | Marlton Hotel | 2,472.50 |
| 04/29/2024 | Marlton Hotel | 2,160.67 |
| 04/29/2024 | Marlton Hotel | 403.97 |
| 04/29/2024 | Marlton Hotel | 1,602.07 |
| 04/29/2024 | Washington Square Hotel | 2,189.78 |
| 04/23/2024 | Printers | 588.02 |
| 04/23/2024 | Printers | 588.02 |
| 04/19/2024 | Creative Live Pass | 129.00 |
| 04/13/2024 | Delta | 232.57 |
| 04/12/2024 | Microsoft | 15.58 |
| 04/12/2024 | Microsoft | 61.79 |
| 04/07/2024 | Café Flora Palm Beach | 206.20 |
| 04/05/2024 | Microsoft | 520.00 |
| 04/01/2024 | Air Canada | 43.47 |
| 04/01/2024 | Air Canada | 77.47 |
| 04/01/2024 | Air Canada | 499.92 |
| 03/21/2024 | Beatrice Ristorante Montreal | 595.85 |
| 03/18/2024 | Air Canada | 451.51 |
| 03/12/2024 | Microsoft | 63.01 |
| 03/12/2024 | Microsoft | 15.88 |
| 03/11/2024 | Air Canada | 639.13 |
| 03/11/2024 | Hilton | 1,387.76 |
| 03/05/2024 | Microsoft | 1,483.99 |
| 02/28/2024 | Casa Madera WEHO | 271.87 |
| 02/25/2024 | Mauros Café & Restaurant | 135.36 |
| 02/25/2024 | Antico Nuovo | 225.14 |
| 02/25/2024 | The Nice Guy, West Hollywood | 139.97 |
| 02/24/2024 | Maybourne the Café | 102.70 |
| 02/12/2024 | Microsoft | 62.21 |
| 02/12/2024 | Microsoft | 15.68 |
| 02/05/2024 | Microsoft | 217.38 |
| 02/03/2024 | Il Ristorante di Girogio Baldi | 2,063.49 |
| 01/11/2024 | Marcus Restaurant + Lounge | 523.97 |
| 01/04/2024 | Microsoft | 115.00 |
| 12/31/2023 | Microsoft | 63.82 |
| 12/26/2023 | Microsoft | 16.02 |
| 12/13/2023 | Typemates.com | 242.57 |
| 12/11/2023 | Byblos | 559.86 |
| 12/11/2023 | Byblos | 331.53 |
| 12/11/2023 | Loews Hotels | 42.91 |
| 12/11/2023 | Loews Hotels | 3,182.10 |
| 12/07/2023 | Alaska Air | 982.80 |

| Date | Description | Amount |
|---|---|---:|
| 12/07/2023 | The Musso & Frank Grill | 650.79 |
| 12/06/2023 | Kimpton Surfcomber | 890.17 |
| 12/06/2023 | Microsoft | 38.00 |
| 11/24/2023 | Apple | 1,729.11 |

Partial