**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 ALEXANDER MILNE,

                                    Plaintiff,

               -against-                                    25 **CIVIL** 1113 (KPF)

                                                            **JUDGMENT**

PROJECT PRIMUS, INC.; EZZEDEEN M.
SOLEIMAN; and RAMI M. SHUBBAK,

                                    Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 10, 2026, Defendants' motion to dismiss is

GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

          March 10, 2026

                                                  **TAMMI M. HELLWIG**
                                    _____
                                                   **Clerk of Court**

                         **BY:**            K. mango
                                    _____
                                                   **Deputy Clerk**